# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139126 & (25)(26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LOREN DEPREE GREENE,
          Defendant-Appellant.

SC: 139126
COA: 290080
Jackson CC: 04-001348-FC

_____/

On order of the Court, the application for leave to appeal the April 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand, for DNA expert, and for newly discovered evidence are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

s0125